1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6967
6       FAX: (415) 436-6748
        jennifer.s.wang@usdoj.gov
7
   Attorneys for Defendant
8
                         UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12 | DENNIS JOSEPH RAIMONDO (A.K.A.         ) CASE NO. C13-2295 JSC
   | JUSTIN RAIMONDO), AN INDIVIDUAL,       )
13 | AND ERIC ANTHONY GARRIS, AN            ) **FEDERAL DEFENDANT'S CONSENT TO**
   | INDIVIDUAL,                            ) **ASSIGNMENT TO MAGISTRATE JUDGE**
14 |                                        )
   |        Plaintiff,                      )
15 |                                        )
   |     v.                                 )
16 |                                        )
   | FEDERAL BUREAU OF INVESTIGATION.,      )
17 |                                        )
   |        Defendant.                      )
18 |                                        )

19
        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
20
   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
21
   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
22
   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
23
   DATED: July 15, 2013                         Respectfully submitted,
24
                                                MELINDA HAAG
25                                              United States Attorney

26
                                                  /s/ Jennifer S Wang
27                                              JENNIFER S WANG
                                                Assistant United States Attorney
28

FEDERAL DEFENDANT'S CONSENT TO ASSIGNMENT
TO MAGISTRATE JUDGE, C13-2295 JSC            1