PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III #95255
thomas.loran@pillsburylaw.com
ANDREW BLUTH #232387
abluth@pillsburylaw.com
MARLEY DEGNER #251923
marley.degner@pillsburylaw.com
LAURA C. HURTADO #267044
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS #189649
jmass@aclunc.org
LINDA LYE
llye@aclunc.org
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Attorneys for Plaintiffs

[Additional Parties and Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO (a.k.a. JUSTIN RAIMONDO), an individual, and ERIC ANTHONY GARRIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | No. C-13-02295 JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SEPTEMBER 25, 2014 CASE MANAGEMENT CONFERENCE** |

Subject to the approval of the Court, the parties hereby stipulate that the case management conference currently set for September 25, 2014 at 1:30 p.m., be continued until November 6, 2014 at 1:30 p.m., and that the parties' deadline to submit a joint case management statement be extended from September 18, 2014 until October 30, 2014.

Plaintiffs served written discovery, including Plaintiff Garris' First Set of Interrogatories Propounded to Defendant Federal Bureau of Investigation, Plaintiff Raimondo's First Set of Interrogatories Propounded to Defendant Federal Bureau of Investigation, Plaintiffs' First Set of Requests for Admission Propounded to Defendant Federal Bureau of Investigation, and Plaintiffs' First Set of Requests for Production of Documents Propounded to Defendant Federal Bureau of Investigation (collectively, "Plaintiffs' Discovery Requests"), on defendant on August 15, 2014. At defendant's request, plaintiffs extended defendant's deadline to respond to Plaintiffs' Discovery Requests from September 15, 2014 to October 15, 2014. At the last case management conference, held on August 7, 2014, the Court set a further case management conference for September 25, 2014 to discuss how best to resolve discovery issues raised by the parties. Because defendant's objections and responses to Plaintiffs' Discovery Requests may affect the Court's assessment of how to resolve the discovery issues in this matter, the parties respectfully request that the September 25, 2014 case management conference be continued to November 6, 2014, after defendant's deadline to respond to Plaintiffs' Discovery Requests. The parties further request that the parties' deadline to submit a joint case management statement be extended to October 30, 2014.

Respectfully submitted,

DATED: September 16, 2014

MELINDA HAAG
United States Attorney

/s/
JENNIFER S WANG
Assistant United States Attorney

Dated: September 16, 2014

JULIA HARUMI MASS
LINDA LYE
ACLU CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
ANDREW BLUTH
MARLEY DEGNER
LAURA C. HURTADO
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111

/s/
LAURA C. HURTADO
Attorneys for Plaintiffs

**~~[PROPOSED~~] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the case management conference currently set for September 25, 2014 at 1:30 p.m. is continued to November 6, 2014 at 1:30 p.m. The parties will file a case management statement by October 30, 2014.

IT IS SO ORDERED.

Dated: September 16, 2014

Jacqueline S. Corley
JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE