UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Case No. 13-cv-02295-JSC<br><br>**ORDER SETTING BRIEFING SCHEDULES FOR DISCOVERY DISPUTES AND SUMMARY JUDGMENT MOTIONS** |

Following the Further Case Management Conference held on November 6, 2014, the Court sets the following briefing schedules:

<u>Current Discovery Disputes</u>

| | |
|---|---|
| Deadline to complete meet and confer process: | December 19, 2014 |
| Deadline to file opening motions: | January 8, 2015 |
| Deadline to file opposition briefs: | January 22, 2015 |
| Deadline to file reply briefs: | January 29, 2015 |
| Hearing on discovery motions: | February 12, 2015 |

<u>Summary Judgment</u>

| | |
|---|---|
| Defendant files motion for summary judgment: | August 20, 2015 |
| Plaintiffs file opposition to Defendant's motion and cross motion for summary judgment: | September 10, 2015 |
| Defendant files reply in support of motion and opposition to Plaintiffs' cross motion: | October 1, 2015 |
| Plaintiffs file reply in support of cross motion: | October 15, 2015 |
| Hearing on motion and cross motion for summary judgment: | October 29, 2015 |

1
2          **IT IS SO ORDERED**.
3     Dated: November 7, 2014

4     _____
      JACQUELINE SCOTT CORLEY
5     United States Magistrate Judge