1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III #95255
2  thomas.loran@pillsburylaw.com
   ANDREW BLUTH #232387
3  abluth@pillsburylaw.com
   LAURA C. HURTADO  #267044
4  laura.hurtado@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
5  Post Office Box 2824
   San Francisco, CA  94126-2824
6  Telephone No.: (415) 983-1000
   Facsimile No.: (415) 983-1200
7
   AMERICAN CIVIL LIBERTIES UNION
8   FOUNDATION OF NORTHERN CALIFORNIA
   JULIA HARUMI MASS #189649
9  jmass@aclunc.org
   LINDA LYE #215584
10 llye@aclunc.org
   39 Drumm Street
11 San Francisco, California 94111
   Telephone No.: (415) 621-2493
12 Facsimile No.: (415) 255-8437

13 Attorneys for Plaintiffs
   DENNIS JOSEPH RAIMONDO and
14 ERIC ANTHONY GARRIS

15
                        UNITED STATES DISTRICT COURT
16
                       NORTHERN DISTRICT OF CALIFORNIA
17
                             SAN FRANCISCO DIVISION
18

19
   DENNIS JOSEPH RAIMONDO (a.k.a.            No. 13-02295 JSC
20 JUSTIN RAIMONDO), an individual, and
   ERIC ANTHONY GARRIS, an individual,       [PROPOSED] ORDER GRANTING
21                                           PLAINTIFFS' MOTION TO COMPEL
                    Plaintiffs,              DISCOVERY RESPONSES FROM
22                                           DEFENDANT FEDERAL BUREAU
        vs.                                  OF INVESTIGATION
23
   FEDERAL BUREAU OF                         Date:   April 2, 2015
24 INVESTIGATION,                            Time:   9:00 a.m.
                                             Ctrm.   F, 15th Fl.
25                  Defendant.               Judge:  Jacqueline Scott Corley

26

27

28

1  The motion of Plaintiffs Dennis Joseph Raimondo and Eric Anthony Garris
2  ("Plaintiffs") to compel further responses to written discovery came on for hearing on April 2,
3  2015 before this Court.  Plaintiffs and Defendant appeared through their respective counsel of
4  record.  After the hearing, the matter was submitted to the Court for a ruling.  Having read and
5  considered the supporting and opposing points and authorities, and heard and considered the
6  arguments of counsel, and good cause appearing therefor, the Court enters the following Order:
7  Plaintiffs' Motion to Compel is **GRANTED**.  Defendant is ordered to provide further
8  responses to the following written discovery requests within seven (7) days of the date of this
9  Order:
10  • **Garris Interrogatory No. 3**: Identification of person who drafted January 2002 Memo,
11  including specific contact information requested by response (see definition of IDENTIFY
12  contained in Garris's First Set of Interrogatories).
13  • **Raimondo Interrogatory No. 5**: Further response (other than mere reference to a
14  document) that includes information withheld based on assertion of law enforcement
15  privilege and on assertion of "classified" as a privilege.  Further response over "vague
16  and ambiguous" objection.  Further response over objection "to the extent" request calls
17  for a legal conclusion.
18  • **Raimondo Interrogatory No. 6**: Substantive response that includes information
19  withheld based on assertion of law enforcement privilege and on assertion of
20  "classified" as a privilege.  Further response over "vague and ambiguous" objection.
21  Further response over objection "to the extent" request calls for a legal conclusion.
22  • **Raimondo Interrogatory No. 7**: Substantive response that includes information
23  withheld based on assertion of law enforcement privilege and on assertion of
24  "classified" as a privilege.  Further response over "vague and ambiguous" objection.
25  Further response over objection "to the extent" request calls for a legal conclusion.
26  • **Raimondo Interrogatory No. 8**: Substantive response that includes information
27  withheld based on assertion of law enforcement privilege and on assertion of
28  "classified" as a privilege.  Further response over "vague and ambiguous" objection.

1  Further response over "compound" objection.  Further response over objection "to the
2  extent" request calls for a legal conclusion.

3  • **Raimondo Interrogatory No. 9**:  Further response providing contact information for
4  each person identified in response to this interrogatory (see definition of IDENTIFY
5  contained in Raimondo's First Set of Interrogatories).  Further response over objection
6  "to the extent" request calls for a legal conclusion.

7  • **Raimondo Interrogatory No. 10**:  Further response providing contact information for
8  each person identified in response to this interrogatory (see definition of IDENTIFY
9  contained in Raimondo's First Set of Interrogatories).  Further response over "vague and
10  ambiguous" objection.  Further response over objection "to the extent" request calls for
11  a legal conclusion.

12  • **Raimondo Interrogatory No. 11**:  Substantive response that includes information
13  withheld based on assertion of law enforcement privilege and on assertion of
14  "classified" as a privilege.  Further response over "vague and ambiguous" objection.
15  Further response over "overly broad and unduly burdensome" objection.  Further
16  response over objection "to the extent" request calls for a legal conclusion.

17  • **RFP No. 3-4:**  Complete or less redacted production of documents marked Antiwar 57-
18  66 (the April 30 Memo), Antiwar 1-6, and Antiwar 7-16.  Information must not be
19  withheld based on (i) assertion of law enforcement privilege or (ii) privacy objection or
20  (iii) based on assertion of "classified" as a discovery privilege (only as to Antiwar 57-
21  66), *except* case file numbers may be withheld.  Production of information over "vague
22  and ambiguous" objection.  Production of any information withheld based on "overly
23  broad and unduly burdensome" objection.  Production of any information withheld

24
25
26
27
28

1  based on refusal to respond to request "to the extent" request calls for a legal
2  conclusion.
3      IT IS SO ORDERED.
4
5  Dated: _____    _____
6                                  Hon. Jacqueline Scott Corley
                                    United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

705605808v1     - 3 -    [PROPOSED] ORDER GRANTING PLAINTIFFS'
                         MOTION TO COMPEL DISCOVERY
                         Case No. 13-02295 JSC