```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    THOMAS V. LORAN III #95255
 2  thomas.loran@pillsburylaw.com
    ANDREW BLUTH #232387
 3  abluth@pillsburylaw.com
    LAURA C. HURTADO #267044
 4  laura.hurtado@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
 5  San Francisco, California  94111
    Telephone: (415) 983-1000
 6  Facsimile: (415) 983-1200

 7  AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION OF NORTHERN CALIFORNIA
 8  JULIA HARUMI MASS #189649
    jmass@aclunc.org
 9  LINDA LYE
    llye@aclunc.org
10  39 Drumm Street
    San Francisco, California 94111
11  Telephone: (415) 621-2493
    Facsimile: (415) 255-8437
12  Attorneys for Plaintiffs

13  [Additional Parties and Counsel on Signature Page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO (a.k.a. JUSTIN RAIMONDO), an individual, and ERIC ANTHONY GARRIS, an individual,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>                    Defendant. | No. C-13-02295 JSC<br><br>JOINT PROPOSED SCHEDULING ORDER AND [~~PROPOSED~~] SCHEDULING ORDER REGARDING MOTION TO QUASH AND MOTION FOR SUMMARY JUDGMENT |

1    Pursuant to the Minute Order entered on July 9, 2015 (Dkt. No. 59), the parties
2  propose the following dates in connection with briefing on Defendant Federal Bureau of
3  Investigation's ("Defendant") anticipated motion to quash and the parties' anticipated cross
4  motions for summary judgment:

5  • July 23, 2015:     Defendant files motion to quash
6  • August 13:         Plaintiffs Dennis Joseph Raimondo and Eric Anthony Garris
7                       (collectively, "Plaintiffs") file opposition to motion to quash
8  • August 27:         Defendant files reply in support of motion to quash
9  • September 10:      Hearing on motion to quash
10 • November 12:       Defendant files motion for summary judgment
11 • December 17:       Plaintiffs file opposition to Defendant's motion for summary
12                     judgment and cross motion for summary judgment
13 • January 28, 2016:  Defendant files reply in support of motion for summary judgment
14                     and opposition to Plaintiffs' cross motion for summary judgment
15 • February 11:       Plaintiffs file reply in support of Plaintiffs' cross motion for
16                     summary judgment
17 • February 25:       Hearing on cross motions for summary judgment
18 Dated: July 16, 2015.

19
20          JULIA HARUMI MASS
            LINDA LYE
21          ACLU CIVIL LIBERTIES UNION FOUNDATION
              OF NORTHERN CALIFORNIA
22          39 Drumm Street
            San Francisco, California 94111
23
24
25
26
27
28

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | THOMAS V. LORAN III<br>ANDREW BLUTH |
| 3 | LAURA C. HURTADO<br>Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, California 94111 |
| 5 | By        /s/ Laura C. Hurtado<br>         Laura C. Hurtado<br>         Attorneys for Plaintiffs |
| 6 | |
| 7 | MELINDA HAAG #132612<br>United States Attorney |
| 8 | ALEX G. TSE #1523548<br>Chief, Civil Division |
| 9 | JENNIFER S WANG #233155<br>Assistant United States Attorney |
| 10 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 11 | Telephone: (415) 436-6967<br>Facsimile:  (415) 436-6748 |
| 12 | jennifer.s.wang@usdoj.gov |
| 13 | By        /s/ Jennifer S Wang |
| 14 | Jennifer S Wang<br>Attorneys for Federal Defendant |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated:  July 16, 2015.

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III
ANDREW BLUTH
LAURA C. HURTADO
Four Embarcadero Center, 22nd Floor
Post Office Box 2824
San Francisco, CA  94126-2824

By        /s/ Laura C. Hurtado
         Laura C. Hurtado
         Attorneys for Plaintiffs

**[PROPOSED] SCHEDULING ORDER REGARDING MOTION TO QUASH AND MOTION FOR SUMMARY JUDGMENT**

Pursuant to the parties Joint Proposed Scheduling Order and good cause having been shown, the Court orders the following briefing scheduling:

- July 23, 2015:  Defendant files motion to quash
- August 13:  Plaintiffs Dennis Joseph Raimondo and Eric Anthony Garris (collectively, "Plaintiffs") file opposition to motion to quash
- August 27:  Defendant files reply in support of motion to quash
- September 10:  Hearing on motion to quash
- November 12:  Defendant files motion for summary judgment
- December 17:  Plaintiffs file opposition to Defendant's motion for summary judgment and cross motion for summary judgment
- January 28, 2016:  Defendant files reply in support of motion for summary judgment and opposition to Plaintiffs' cross motion for summary judgment
- February 11:  Plaintiffs file reply in support of Plaintiffs' cross motion for summary judgment
- February 25:  Hearing on cross motions for summary judgment

Dated: July 17, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge