| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | THOMAS V. LORAN III #95255 |
| 2 | thomas.loran@pillsburylaw.com |
|   | ANDREW BLUTH #232387 |
| 3 | abluth@pillsburylaw.com |
|   | LAURA C. HURTADO #267044 |
| 4 | laura.hurtado@pillsburylaw.com |
|   | Four Embarcadero Center, 22nd Floor |
| 5 | San Francisco, California  94111 |
|   | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| 7 | AMERICAN CIVIL LIBERTIES UNION |
|   |   FOUNDATION OF NORTHERN CALIFORNIA |
| 8 | JULIA HARUMI MASS #189649 |
|   | jmass@aclunc.org |
| 9 | LINDA LYE |
|   | llye@aclunc.org |
| 10 | 39 Drumm Street |
|   | San Francisco, California 94111 |
| 11 | Telephone: (415) 621-2493 |
|   | Facsimile: (415) 255-8437 |
| 12 | Attorneys for Plaintiffs |
| 13 | [Additional Parties and Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DENNIS JOSEPH RAIMONDO (a.k.a. JUSTIN RAIMONDO), an individual, and ERIC ANTHONY GARRIS, an individual, | ) ) ) ) | No. C-13-02295 JSC |
| Plaintiffs, | ) ) | JOINT PROPOSED SCHEDULING ORDER AND [~~PROPOSED~~] SCHEDULING ORDER REGARDING MOTION TO QUASH AND MOTION FOR SUMMARY JUDGMENT |
| vs. | ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

1   Pursuant to the Minute Order entered on July 9, 2015 (Dkt. No. 59), the parties
2   propose the following dates in connection with briefing on Defendant Federal Bureau of
3   Investigation's ("Defendant") anticipated motion to quash and the parties' anticipated cross
4   motions for summary judgment:

5   - July 23, 2015:      Defendant files motion to quash
6   - August 13:          Plaintiffs Dennis Joseph Raimondo and Eric Anthony Garris
7                         (collectively, "Plaintiffs") file opposition to motion to quash
8   - August 27:          Defendant files reply in support of motion to quash
9   - September 10:       Hearing on motion to quash
10  - November 12:        Defendant files motion for summary judgment
11  - December 17:        Plaintiffs file opposition to Defendant's motion for summary
12                        judgment and cross motion for summary judgment
13  - January 28, 2016:   Defendant files reply in support of motion for summary judgment
14                        and opposition to Plaintiffs' cross motion for summary judgment
15  - February 11:        Plaintiffs file reply in support of Plaintiffs' cross motion for
16                        summary judgment
17  - February 25:        Hearing on cross motions for summary judgment

18  Dated: July 16, 2015.

JULIA HARUMI MASS
LINDA LYE
ACLU CIVIL LIBERTIES UNION FOUNDATION
 OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | THOMAS V. LORAN III<br>ANDREW BLUTH |
| 3 | LAURA C. HURTADO<br>Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, California 94111 |
| 5 | By        /s/ Laura C. Hurtado<br>            Laura C. Hurtado<br>        Attorneys for Plaintiffs |
| 6 | |
| 7 | MELINDA HAAG #132612<br>United States Attorney |
| 8 | ALEX G. TSE #1523548<br>Chief, Civil Division |
| 9 | JENNIFER S WANG #233155<br>Assistant United States Attorney |
| 10 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 11 | Telephone: (415) 436-6967<br>Facsimile:  (415) 436-6748 |
| 12 | jennifer.s.wang@usdoj.gov |
| 13 | By        /s/ Jennifer S Wang |
| 14 | Jennifer S Wang<br>Attorneys for Federal Defendant |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated:  July 16, 2015.

| | |
|---|---|
| 21 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 22 | THOMAS V. LORAN III<br>ANDREW BLUTH |
| 23 | LAURA C. HURTADO<br>Four Embarcadero Center, 22nd Floor |
| 24 | Post Office Box 2824<br>San Francisco, CA  94126-2824 |
| 25 | |
| 26 | By        /s/ Laura C. Hurtado<br>            Laura C. Hurtado<br>        Attorneys for Plaintiffs |

AMENDED
1  [~~PROPOSED~~] SCHEDULING ORDER REGARDING MOTION TO QUASH
2  AND MOTION FOR SUMMARY JUDGMENT

3  Pursuant to the parties Joint Proposed Scheduling Order and good cause having
4  been shown, the Court orders the following briefing scheduling:

5  • July 23, 2015:       Defendant files motion to quash
6  • August 13:           Plaintiffs Dennis Joseph Raimondo and Eric Anthony Garris
7                         (collectively, "Plaintiffs") file opposition to motion to quash
8  • August 27:           Defendant files reply in support of motion to quash
9  • September 10:        Hearing on motion to quash
10 • November 12:         Defendant files motion for summary judgment
11 • December 17:         Plaintiffs file opposition to Defendant's motion for summary
12                        judgment and cross motion for summary judgment
13 • January 28, 2016:    Defendant files reply in support of motion for summary judgment
14                        and opposition to Plaintiffs' cross motion for summary judgment
15 • February 11:         Plaintiffs file reply in support of Plaintiffs' cross motion for
16                        summary judgment
                          March 3, 2016
17 • ~~February 25~~:    Hearing on cross motions for summary judgment

18  Dated: July 17, 2015
19                                          _____
                                            JACQUELINE SCOTT CORLEY
                                            United States Magistrate Judge