UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No. 13-cv-02295-JSC<br><br>**ORDER RE: DEFENDANT'S MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 63 |

Defendant's Motion for a Protective Order seeking to quash deposition subpoenas issued to two former FBI employees came before the Court for hearing on September 10, 2015. (Dkt. No. 63.) For the reasons stated on the record, the motion is GRANTED without prejudice to Plaintiffs' renewal of their request for additional targeted discovery following receipt of Defendant's Motion for Summary Judgment.

In light of this ruling, the Court modifies the briefing schedule on the forthcoming motions for summary judgment as follows:

November 12, 2015:   Defendant files motion for summary judgment.

November 20, 2015:   Plaintiffs notify Defendant of whether they desire to obtain additional targeted discovery. Parties should meet and confer thereafter.

December 1, 2015:   Plaintiffs forward Defendant their portion of a joint discovery letter brief regarding the additional discovery sought.

| | | |
|---|---|---|
| December 10, 2015: | | Parties file their joint discovery letter brief. |
| December 17, 2015: | | Hearing on Plaintiffs' request for additional discovery at 9:00 a.m. |

If following the filing of Defendant's motion for summary judgment the parties agree on additional discovery, but believe a modification of the schedule is needed, they may stipulate to an amended schedule.

If upon review of Defendant's motion for summary judgment, Plaintiffs do not believe that further discovery is necessary, the previously established briefing schedule shall apply:

| | | |
|---|---|---|
| December 17, 2015: | | Plaintiffs file opposition to Defendant's motion for summary judgment and cross motion for summary judgment. |
| January 28, 2016: | | Defendant files reply in support of motion for summary judgment and opposition to Plaintiffs' cross motion for summary judgment. |
| February 11, 2016: | | Plaintiffs file reply in support of Plaintiffs' cross motion for summary judgment. |
| March 3, 2016: | | Hearing on cross motions for summary judgment. |

This Order disposes of Docket No. 63

**IT IS SO ORDERED.**

Dated: September 11, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2