IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 13-CV-02295-JSC |

# EXHIBIT A

ACLU
AMERICAN CIVIL LIBERTIES UNION
of

October 4, 2011

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

Federal Bureau of Investigation – San Francisco Field Office
Attn: FOI/PA Request
Record/Information Dissemination Section
450 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102-9523

Santa Rosa Satellite Office
Attn: FOI/PA Request
Record/Information Dissemination Section
777 Sonoma Avenue
Suite 316
Santa Rosa, CA 95404

**Re: Freedom of Information Act Request**

FRCP 5.2/L.R. 5.4(f)(1) & (f)(3)

Dear Sir/Madam:

This letter constitutes a request under the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, on behalf of Mr. Justin Raimondo (aka Dennis Ramondo).

Mr. Raimondo was born on in White Plains, NY. His social security number is . His current address is REDACTED

Mr. Raimondo is being represented by the American Civil Liberties Union of Northern California. Please find his Certification of Identity and Authorization to Release Information to Linda Lye, Esq., of the ACLU-NC attached to this letter.

Mr. Raimondo is the editorial director of the online magazine antiwar.com. Both Mr. Raimondo and antiwar.com were the subject of an apparent FBI threat assessment, dated April 30, 2004, a copy of which is posted on the internet at http://www.emptywheel.net/wp-content/uploads/2011/08/110821-Antiwar-documents.pdf and attached to this letter.

If this request is denied in whole or in part, I request that you justify all deletions by reference to specific exemptions of the FOIA and/or Privacy Act. Please provide all segregable portions of otherwise exempt material. I reserve the right to appeal a decision to withhold any information.

MICHELLE A. WELSH, CHAIRPERSON | SUSAN MIZNER, JAHAN SAGAFI, FARAH BRELVI, ALLEN ASCH, VICE CHAIRPERSONS | KENNETH SUGARMAN, SECRETARY/TREASURER
ABDI SOLTANI, EXECUTIVE DIRECTOR | KELLI EVANS, ASSOCIATE DIRECTOR | CHERI BRYANT, DEVELOPMENT DIRECTOR | SHAYNA GELENDER, ORGANIZING & COMMUNITY ENGAGEMENT DIRECTOR
LAURA SAPONARA, COMMUNICATIONS DIRECTOR | ALAN SCHLOSSER, LEGAL DIRECTOR | MARGARET C. CROSBY, ELIZABETH GILL, LINDA LYE, JULIA HARUMI MASS, MICHAEL RISHER, JORY STEELE, STAFF ATTORNEYS
ALLEN HOPPER, NATASHA MINSKER, NICOLE A. OZER, DIANA TATE VERMEIRE, POLICY DIRECTORS | STEPHEN V. BOMSE, GENERAL COUNSEL

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET, SAN FRANCISCO, CA 94111 | T/415.621.2493 | F/415.255.1478 | TTY/415.863.7832 | WWW.ACLUNC.ORG

Please send all records, as they become available, to this address:

**Linda Lye**
**Staff Attorney**
**ACLU of Northern California**
**39 Drumm Street**
**San Francisco, CA 94111**

The maximum amount I am willing to pay for processing of this request and copying fees is $100. If you estimate charges to search and copy the fees to exceed this amount, please contact me so that we can discuss how to proceed.

If you have any questions, I can be reached by phone at 415.621.2493.

Sincerely,

Linda Lye
Staff Attorney

Enclosure

U.S. Department of Justice

# Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

FRCP 5.2/L.R. 5.4(f)(1) & (f)(3)

Full Name of Requester [1] Justin Raimondo

Citizenship Status [2] US citizen Social Security Number [3]

Current Address REDACTED

Date of Birth ___ Place of Birth REDACTED

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] ______ Date 9/9/2011

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Linda Lye, Esq., Staff Attorney, American Civil Liberties Union of Northern California

Print or Type Name

Justin Raimondo

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

ACLU
AMERICAN CIVIL LIBERTIES UNION
of

October 4, 2011

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

Federal Bureau of Investigation – San Francisco Field Office
Attn: FOI/PA Request
Record/Information Dissemination Section
450 Golden Gate Avenue, 13th Floor
San Francisco , CA 94102-9523

**Re: Freedom of Information Act Request**

FRCP 5.2/L.R. 5.4(f)(1) & (f)(3)

Dear Sir/Madam:

This letter constitutes a request under the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, on behalf of Mr. Eric Garris.

Mr. Garris was born on [redacted] in Paris, France. His social security number is [redacted] His current address is [redacted] REDACTED

Mr. Garris is being represented by the American Civil Liberties Union of Northern California. Please find his Certification of Identity and Authorization to Release Information to Linda Lye, Esq., of the ACLU-NC attached to this letter.

Mr. Garris is the founder, managing editor, and webmaster of the online magazine antiwar.com. Both Mr. Garris and antiwar.com are the subject of an apparent FBI threat assessment, dated April 30, 2004, a copy of which is posted on the internet at http://www.emptywheel.net/wp-content/uploads/2011/08/110821-Antiwar-documents.pdf.

If this request is denied in whole or in part, I request that you justify all deletions by reference to specific exemptions of the FOIA and/or Privacy Act. Please provide all segregable portions of otherwise exempt material. I reserve the right to appeal a decision to withhold any information.

Please send all records, as they become available, to this address:

**Linda Lye**
**Staff Attorney**
**ACLU of Northern California**
**39 Drumm Street**
**San Francisco, CA 94111**

MICHELLE A. WELSH, CHAIRPERSON | SUSAN MIZNER, JAHAN SAGAFI, FARAH BRELVI, ALLEN ASCH, VICE CHAIRPERSONS | KENNETH SUGARMAN, SECRETARY/TREASURER
ABDI SOLTANI, EXECUTIVE DIRECTOR | KELLI EVANS, ASSOCIATE DIRECTOR | CHERI BRYANT, DEVELOPMENT DIRECTOR | SHAYNA GELENDER, ORGANIZING & COMMUNITY ENGAGEMENT DIRECTOR
LAURA SAPONARA, COMMUNICATIONS DIRECTOR | ALAN SCHLOSSER, LEGAL DIRECTOR | MARGARET C. CROSBY, ELIZABETH GILL, LINDA LYE, JULIA HARUMI MASS, MICHAEL RISHER, JORY STEELE, STAFF ATTORNEYS
ALLEN HOPPER, NATASHA MINSKER, NICOLE A. OZER, DIANA TATE VERMEIRE, POLICY DIRECTORS | STEPHEN V. BOMSE, GENERAL COUNSEL

The maximum amount I am willing to pay for processing of this request and copying fees is $100. If you estimate charges to search and copy the fees to exceed this amount, please contact me so that we can discuss how to proceed.

If you have any questions, I can be reached by phone at 415.621.2493.

Sincerely,

Linda Lye
Staff Attorney

Enclosure

U.S. Department of Justice

# Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

FRCP 5.2/L.R. 5.4(f)(1) & (f)(3)

Full Name of Requester [1] ERIC ~~GARRTS~~ GARRIS

Citizenship Status [2] CITIZEN Social Security Number [3]

Current Address REDACTED

Date of Birth ________ Place of Birth REDACTED

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] Eric Garris Date 9/26/11

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Linda Lye, Esq., Staff Attorney, American Civil Liberties Union of Northern California

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 13-CV-02295-JSC |

# EXHIBIT B

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

October 19, 2011

MS. LINDA LYE
ACLU OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

FOIPA Request No.: 1175592- 000
Subject: RAIMONDO, JUSTIN

Dear Ms. Lye:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☒ This FOIPA request has been received at FBI Headquarters for processing.

☒ This FOIPA request has been received at the Santa Rosa Resident Agency / San Francisco Field Office and forwarded to FBI Headquarters for processing.

☒ We are searching the indices to our Central Records System for the information responsive to this request. You will be informed of the results in future correspondence.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☒ Please check for the status of your FOIPA request at www.fbi.gov/foia

The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Very truly yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

October 19, 2011

MS. LINDA LYE
ACLU OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

FOIPA Request No.: 1175595- 000
Subject: GARRIS, ERIC

Dear Ms. Lye:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☒ This FOIPA request has been received at FBI Headquarters for processing.

☒ This FOIPA request has been received at the San Francisco Field Office and forwarded to FBI Headquarters for processing.

☒ We are searching the indices to our Central Records System for the information responsive to this request. You will be informed of the results in future correspondence.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☒ Please check for the status of your FOIPA request at www.fbi.gov/foia

The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Very truly yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 13-CV-02295-JSC |

# EXHIBIT C

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 2, 2011

MS. LINDA LYE
ACLU OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

FOIPA Request No.: 1175592- 000
Subject: RAIMONDO, JUSTIN

Dear Ms. Lye:

This responds to your Freedom of Information/Privacy Acts (FOIPA) request to FBI Headquarters, San Francisco Field Office and the Santa Rosa Field Office.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIPA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(e) [5 U.S.C. § 552 (b)(7)(e)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
**The FBI does not keep a file on every citizen of the United States**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, counter-intelligence, cyber crime, public corruption, civil rights, organized crime, white-collar crime, major thefts/violent crime, and applicants.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should contact that entity. Most government agencies have websites which are accessible on the internet which have their contact information.

- **An identification record or "rap sheet" is NOT the same as an FBI "file"** - it is a listing of information taken from fingerprint cards and related documents submitted to the FBI in connection with arrests, federal employment, naturalization or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, Criminal Justice Information submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, Criminal Justice Information Services (CJIS) Division, Record Request, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Along with a specific written request, the individual must submit a new full set of his/her fingerprints in order to locate the record, establish positive identification, and ensure that an individual's records is not disseminated to an unauthorized person. The fingerprint submission must include the subject's name, date of birth and place of birth. There is a required fee of $18 for this service which must be submitted in the form of a money order or certified bank check made payable to the Treasury of the United States. A credit card payment option is also available. Forms for this option and additional directions may be obtained by accessing the FBI Web site at www.fbi.gov/hq/cjisd/fprequest.htm. States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index (UNI) to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Act (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requestors seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from the **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI, VISIT OUR WEBSITE AT**
**www.fbi.gov**

3-20-2009

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 2, 2011

MS. LINDA LYE
ACLU OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

FOIPA Request No.: 1175595- 000
Subject: GARRIS, ERIC

Dear Ms. Lye:

This responds to your Freedom of Information/Privacy Acts (FOIPA) request to FBI Headquarters and the San Francisco Field Office.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIPA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(e) [5 U.S.C. § 552 (b)(7)(e)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, counter-intelligence, cyber crime, public corruption, civil rights, organized crime, white-collar crime, major thefts/violent crime, and applicants.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should contact that entity. Most government agencies have websites which are accessible on the internet which have their contact information.

- **An identification record or "rap sheet" is NOT the same as an FBI "file"** – it is a listing of information taken from fingerprint cards and related documents submitted to the FBI in connection with arrests, federal employment, naturalization or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, Criminal Justice Information submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, Criminal Justice Information Services (CJIS) Division, Record Request, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Along with a specific written request, the individual must submit a new full set of his/her fingerprints in order to locate the record, establish positive identification, and ensure that an individual's records is not disseminated to an unauthorized person. The fingerprint submission must include the subject's name, date of birth and place of birth. There is a required fee of $18 for this service which must be submitted in the form of a money order or certified bank check made payable to the Treasury of the United States. A credit card payment option is also available. Forms for this option and additional directions may be obtained by accessing the FBI Web site at www.fbi.gov/hq/cjisd/fprequest.htm. States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index (UNI) to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Act (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requestors seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from the **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI, VISIT OUR WEBSITE AT**
**<u>www.fbi.gov</u>**

3-20-2009

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civ. A. No. 13-CV-02295-JSC

# EXHIBIT D

ACLU
AMERICAN CIVIL LIBERTIES UNION of

SKV FOIA AG FBI 2012-00972

December 22, 2011

RECEIVED
DEC 30 2011
Office of Information Policy

**Via Certified Mail, Return Receipt Requested**

Director, Office of Information Policy (OIP)
U.S. Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, D.C. 20530-0001

Re: Freedom of Information Appeal; FOIPA Request No. 1175592-000; Raimondo, Justin

Dear OIP Director:

We write to appeal the "no records" response issued by David M. Hardy for FOIPA Request No. 1175592-000. Based on the agency's identical form response to seven individuals who are connected to the online magazine, antiwar.com, as well as our knowledge that responsive records do exist for Mr. Raimondo and at least one other of the seven (based on agency documents disclosed in response to a different FOIA request), we believe that the FBI is improperly withholding records that must be disclosed under the Privacy Act, 5 U.S.C. § 552a. There are least two grounds for this appeal.

First, the no records response based on a failure to identify "main file records" suggests that the FBI's search was inadequate. As set forth on the "FBI FILE FACT SHEET," that accompanied Mr. Hardy's response letter and as is generally known to our office, the FBI is capable of conducting a database search for files in which an individual is listed as a reference. It appears from Mr. Hardy's letter that only a "main file" search was completed. In order to comply with its duties under the Privacy Act, we ask that the FBI also complete a "cross-reference" search for files that mention Mr. Raimondo or the website antiwar.com, which we identified in our original Privacy Act request as an organization with which he is affiliated and which he believes to be under FBI surveillance. If, for example, there is a main file for antiwar.com, and Mr. Raimondo is mentioned in any of the records in that file, such records should be produced pursuant to the Privacy Act. Similarly, if records mentioning antiwar.com are identified through a reference file search and any of those documents mention Mr. Raimondo, such records should be produced. *See Aguirre v. SEC*, 671 F.Supp.2d 113 (D.D.C. 2009) (responsive records need only contain the requestor's name or describe the requestor in some way); *and Legislative History of the Privacy Act of 1974 S. 3418 (Pub. L. No.*

MICHELLE A. WELSH, CHAIRPERSON | SUSAN MIZNER, JAHAN SAGAFI, FARAH BRELVI, ALLEN ASCH, VICE CHAIRPERSONS | KENNETH SUGARMAN, SECRETARY-TREASURER
ABDI SOLTANI, EXECUTIVE DIRECTOR | KELLI EVANS, ASSOCIATE DIRECTOR | CHERI BRYANT, DEVELOPMENT DIRECTOR | SHAYNA GELENDER, ORGANIZING & COMMUNITY ENGAGEMENT DIRECTOR
LAURA SAPONARA, COMMUNICATIONS DIRECTOR | ALAN SCHLOSSER, LEGAL DIRECTOR | MARGARET C. CROSBY, ELIZABETH GILL, LINDA LYE, JULIA HARUMI MASS, MICHAEL RISHER, JORY STEELE, STAFF ATTORNEYS
ALLEN HOPPER, NATASHA MINSKER, NICOLE A. OZER, DIANA TATE VERMEIRE, POLICY DIRECTORS | STEPHEN V. BOMSE, GENERAL COUNSEL

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET, SAN FRANCISCO, CA 94111 | T/415.621.2493 | F/415.255.1478 | TTY/415.863.7832 | WWW.ACLUNC.ORG

93-579); *Source Book on Privacy* (J. Comm. Print 1976) ("a record can include as little as one descriptive item about an individual").

Second, we fear—based on our knowledge that responsive records exists for Mr. Raimondo—that the FBI may be providing a "no records" response based on the agency's belief that law enforcement or national security exemptions apply to existing records. We are aware that 5 U.S.C. § 552(c) may allow this response to certain Freedom of Information Act requests, but we believe that the Privacy Act—which contains no corollary to § 522(c)—does not permit an inaccurate "no records" response where responsive records do in fact exist. Reliance on the agency's own conclusions about the application of an exemption would preclude the individual from challenging application of the exemption, and in turn would render ineffectual the Privacy Act's core protection against collection and maintenance of inaccurate and harmful information about individual, *i.e.* the right to seek amendment or correction of records. *See* 5 U.S.C. § 552a(d)(2).

Thank you for your attention to this appeal and please do not hesitate to contact us if you have any questions. We look forward to your prompt response.

Sincerely,

Julia Harumi Mass, Staff Attorney and
Linda Lye, Staff Attorney

cc: Justin Raimondo

AP-2012-00977

FOIA @ FBI

ACLU
AMERICAN CIVIL LIBERTIES UNION of

December 22, 2011

RECE... DEC 3 0 ... Office of Informa... ...cy

**Via Certified Mail, Return Receipt Requested**

Director, Office of Information Policy (OIP)
U.S. Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, D.C. 20530-0001

Re: Freedom of Information Appeal; FOIPA Request No. 1175595-000; Garris, Eric

Dear OIP Director:

We write to appeal the "no records" response issued by David M. Hardy for FOIPA Request No. 1175595-000. Based on the agency's identical form response to seven individuals who are connected to the online magazine, antiwar.com, as well as our knowledge that responsive records do exist for Mr. Garris and at least one other of the seven (based on agency documents disclosed in response to a different FOIA request), we believe that the FBI is improperly withholding records that must be disclosed under the Privacy Act, 5 U.S.C. § 552a. Mr. Garris also suspects that FBI records pertaining to him exist based on an extensive interview he gave to the Secret Service in 1992 and a thorough search and seizure of his papers by U.S. Customs and Border Protection in 2005. There are least two grounds for this appeal.

First, the no records response based on a failure to identify "main file records" suggests that the FBI's search was inadequate. As set forth on the "FBI FILE FACT SHEET," that accompanied Mr. Hardy's response letter and as is generally known to our office, the FBI is capable of conducting a database search for files in which an individual is listed as a reference. It appears from Mr. Hardy's letter that only a "main file" search was completed. In order to comply with its duties under the Privacy Act, we ask that the FBI also complete a "cross-reference" search for files that mention Mr. Garris or the website antiwar.com, which we identified in our original Privacy Act request as an organization with which he is affiliated and which he believes to be under FBI surveillance. If, for example, there is a main file for antiwar.com, and Mr. Garris is mentioned in any of the records in that file, such records should be produced pursuant to the Privacy Act. Similarly, if records mentioning antiwar.com are identified through a reference file search and any of those documents mention Mr. Garris, such records should be produced. *See Aguirre v. SEC*, 671 F.Supp.2d 113 (D.D.C. 2009) (responsive

MICHELLE A. WELSH, *CHAIRPERSON* | SUSAN MIZNER, JAHAN SAGAFI, FARAH BRELVI, ALLEN ASCH, *VICE CHAIRPERSONS* | KENNETH SUGARMAN, *SECRETARY/TREASURER*
ABDI SOLTANI, *EXECUTIVE DIRECTOR* | KELLI EVANS, *ASSOCIATE DIRECTOR* | CHERI BRYANT, *DEVELOPMENT DIRECTOR* | SHAYNA GELENDER, *ORGANIZING & COMMUNITY ENGAGEMENT DIRECTOR*
LAURA SAPONARA, *COMMUNICATIONS DIRECTOR* | ALAN SCHLOSSER, *LEGAL DIRECTOR* | MARGARET C. CROSBY, ELIZABETH GILL, LINDA LYE, JULIA HARUMI MASS, MICHAEL RISHER, JORY STEELE, *STAFF ATTORNEYS*
ALLEN HOPPER, NATASHA MINSKER, NICOLE A. OZER, DIANA TATE VERMEIRE, *POLICY DIRECTORS* | STEPHEN V. BOMSE, *GENERAL COUNSEL*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET, SAN FRANCISCO, CA 94111 | T/415.621.2493 | F/415.255.1478 | TTY/415.863.7832 | WWW.ACLUNC.ORG

records need only contain the requestor's name or describe the requestor in some way); *and Legislative History of the Privacy Act of 1974 S. 3418 (Pub. L. No. 93-579): Source Book on Privacy* (J. Comm. Print 1976) ("a record can include as little as one descriptive item about an individual").

Second, we fear—based on our knowledge that responsive records exists for Mr. Garris—that the FBI may be providing a "no records" response based on the agency's belief that law enforcement or national security exemptions apply to existing records. We are aware that 5 U.S.C. § 552(c) may allow this response to certain Freedom of Information Act requests, but we believe that the Privacy Act—which contains no corollary to § 522(c)—does not permit an inaccurate "no records" response where responsive records do in fact exist. Reliance on the agency's own conclusions about the application of an exemption would preclude the individual from challenging application of the exemption, and in turn would render ineffectual the Privacy Act's core protection against collection and maintenance of inaccurate and harmful information about individual, *i.e.* the right to seek amendment or correction of records. *See* 5 U.S.C. § 552a(d)(2).

Thank you for your attention to this appeal and please do not hesitate to contact us if you have any questions. We look forward to your prompt response.

Sincerely,

Julia Harumi Mass, Staff Attorney and
Linda Lye, Staff Attorney

cc: Eric Garris

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 13-CV-02295-JSC |

# EXHIBIT E

**U.S. Department of Justice**

Office of Information Policy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

JAN 04 2012

Julia Harumi Mass, Esq.
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111

Re: Request No. 1175592 - Justin Raimondo

Dear Ms. Mass:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on December 30, 2011.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **AP-2012-00972**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal you may contact me at the number above.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

FBI

**U.S. Department of Justice**

Office of Information Policy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

JAN 04 2012

Julia Harumi Mass, Esq.
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111

Re: Request No. 1175595 - Eric Garris

Dear Ms. Mass:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on December 30, 2011.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **AP-2012-00977**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal you may contact me at the number above.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

FBI

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civ. A. No. 13-CV-02295-JSC

# EXHIBIT F

U.S. Department of Justice
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

MAR 29 2012

Julia Harumi Mass, Esq.
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111

Re: Appeal No. AP-2012-00972
Request No. 1175592
SRO:SKV

Dear Ms. Mass:

You appealed on behalf of your client, Justin Raimondo, from the action of the Federal Bureau of Investigation on his request for access to records concerning himself.

The Freedom of Information Act provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.

After carefully considering your appeal, I am affirming the FBI's action on your client's request. To the extent that his request seeks access to records that would either confirm or deny an individual's placement on any government watch list, the FBI properly refused to confirm or deny the existence of any records responsive to your client's request because the existence of such records is protected from disclosure pursuant to 5 U.S.C. § 552(b)(7)(E). This provision concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions. This response should not be taken as an indication that records do or do not exist. Rather, this is the standard response made by the FBI.

As to any other responsive records, the FBI informed you that it could locate no main files responsive to your client's request. I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your client's request.

Regarding your request for a cross-reference search, please be advised that you need to provide information sufficient to enable the FBI to determine with certainty that any cross-references it locates are identifiable to the subject of your client's request. This information may include the following:

1) the specific circumstances in which the subject of your client's request had contact with the FBI;
2) the date(s) of such contact;
3) the location(s) of such contact;
4) the full name (first, middle, and last) as well as any prior names or aliases

FBI

used by the subject of your client's request;

5) Social Security number, date of birth, place of birth, and home address of the subject of your client's request;
6) names of associates of the subject of your client's request the mention of whom might aid in the identification of responsive records; and
7) other references of the subject of your client's request in media, such as books, articles, websites, etc.

Your client should provide this information to the FBI directly. Please note that the FBI may not be able to identify responsive cross-references despite the additional information you provide. You may appeal any future adverse determination made by the FBI.

With regard to your allegation that the FBI improperly invoked a FOIA exclusion to withhold records from you, although the Department of Justice can neither confirm nor deny that an exclusion was employed in any particular case, see Attorney General's Memorandum on the 1986 Amendments to the Freedom of Information Act 27 (Dec. 1987), I have carefully considered your allegation and have found this claim to be without merit. You should not take this response as an indication that an exclusion was or was not used in response to your request. Rather, this is the standard response made by this Office when any requester alleges that an exclusion was used by a component of the Department of Justice.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the actions of the FBI in response to your client's request.

If your client is dissatisfied with my action on your appeal, the FOIA permits him to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

By: Anne D. Work

Anne D. Work
Senior Counsel
Administrative Appeals Staff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civ. A. No. 13-CV-02295-JSC

# EXHIBIT G

ACLU
FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
415-621-2493

PRIVILEGED AND CONFIDENTIAL -- All information transmitted hereby is intended only for the use of the addressee(s) named below. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us via the U.S. Mail.

# *FAX COVER SHEET*

DATE: May 24, 2012

TO: Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination section
170 Marcel Drive
Winchester, VA 22602-4843
Fax Number: (540) 868-4391

FROM: Julia Harumi Mass, Staff Attorney
Telephone: (415) 621-2493
Fax: (415) 255-8437

PAGES: 5
(including cover)

RE: Additional information and clarification regarding FOIPA Requests

MESSAGE: Please see the following letter. **Original will not follow.**

For transmission problems call Nishan Bhaumik at 415-621-2493, Ext. 329

ACLU

May 24, 2012

**Via Facsimile**

Federal Bureau of Investigation
Attn: FOI/PA Request, David M. Hardy
Record/Information Dissemination section
170 Marcel Drive
Winchester, VA 22602-4843
Fax Number: (540) 868-4391

Office of Information Policy (OIP)
U.S. Department of Justice
Attn: Anne D. Work
1425 New York Ave., NW, Suite 11050
Washington, D.C. 20530-0001
Fax Number: (202) 514-1009

Re: Additional information and clarification regarding:
FOIPA Request No. 1175603, AP-2012-00971, Subject: Jeremy Sapienza
FOIPA Request No. 1175592, AP-2012-00972, Subject: Justin Raimondo
FOIPA Request No. 1175594, AP-2012-00978, Subject: Daniel Scott Horton
FOIPA Request No. 1175598, AP-2012-00979, Subject: Margaret Griffis
FOIPA Request No. 1175595, AP-2012-00977, Subject: Eric Garris
FOIPA Request No. 1175601, AP-2012-00980, Subject: Jason Charles Ditz
FOIPA Request No. 1175604, AP-2012-00970, Subject: Michael Barrett Austin

Dear Mr. Hardy and Ms. Work:

We write to provide additional information and to clarify the scope of the above-referenced requests and appeals. Thus far, the seven individuals who have sought information related to themselves and the online magazine Antiwar.com have received no records. However, we already *know* that the FBI has maintained records related to Antiwar.com that name at least two of the requestors. We referenced these records in our original request. They are available online beginning at page 62 of this link: http://www.emptywheel.net/wp-content/uploads/2011/08/110821-Antiwar-documents.pdf. One of the documents, an FBI memo dated April 30, 2004 ("2004 Memo"), references searches, documents, and continued

MICHELLE A. WELSH, CHAIRPERSON | DENNIS MCNALLY, AJAY KRISHNAN, FARAH BRELVI, ALLEN ASCH, VICE CHAIRPERSONS | KENNETH SUGARMAN, SECRETARY/TREASURER
ABDI SOLTANI, EXECUTIVE DIRECTOR | KELLI EVANS, ASSOCIATE DIRECTOR | CHERI BRYANT, DEVELOPMENT DIRECTOR | SHAYNA GELENDER, ORGANIZING & COMMUNITY ENGAGEMENT DIRECTOR
LAURA SAPONARA, COMMUNICATIONS DIRECTOR | ALAN SCHLOSSER, LEGAL DIRECTOR | MARGARET C. CROSBY, ELIZABETH GILL, LINDA LYE, JULIA HARUMI MASS, MICHAEL RISHER, JORY STEELE, STAFF ATTORNEYS
PHYLLIDA BURLINGAME, ALLEN HOPPER, NATASHA MINSKER, NICOLE A. OZER, DIANA TATE VERMEIRE, POLICY DIRECTORS | STEPHEN V. BOMSE, GENERAL COUNSEL

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET, SAN FRANCISCO, CA 94111 | T/415.621.2493 | F/415.255.1478 | TTY/415.863.7832 | WWW.ACLUNC.ORG

recommended surveillance that suggest additional records related to Antiwar.com and/or some of the requestors exists. For these reasons, we believe the FBI has misunderstood the requests, failed to read them thoroughly, or has purposefully withheld documents that should be produced in accordance with the FBI's obligations under FOIA and the Privacy Act. We have also identified additional information that may be useful to the FBI's search of its records. In order to facilitate the agency's full and prompt compliance with its FOIPA requirements, and to attempt to dispel any remaining confusion about what the requestors seek, we detail the following additional information about the requests.

1. **Records related to Antiwar.com.**

Each of the original requests sought files about each requestor and specified the requestor's connection to the online magazine Antiwar.com. In the appeals from the initial "no records" responses, we clarified that the agency needed to search for records related to Antiwar.com in order to determine whether there were responsive records for the requestors. Because no records have been produced, each of the requestors referenced hereby asserts a clear request for *all records referring or relating to Antiwar.com*, whether or not filed, described, or otherwise identified as pertaining to any of the individual requestors as individuals. Redaction of identifying information that refers to any of the requestors is unnecessary because the requests are being made under both FOIA and the Privacy Act and the requestors are specifically seeking documents that may name them.[1]

Based on the 2004 Memo, we expect there should be many records related to Antiwar.com. The requestors seek not only records that name them individually, but *all* records related or referring to Antiwar.com, without redactions for requestors names or other identifying information. Thus, at the very least, the 2004 Memo should be produced, with any identifying information regarding any of the requestors unredacted. In addition, the 2004 Memo ends with a recommendation that a preliminary investigation be opened. If that preliminary investigation was to be directed at Antiwar.com or any persons affiliated with Antiwar.com, the requestors seek records related to that recommendation, including records related to any preliminary investigation that was opened or records indicating that the recommendation was not followed.

2. **Additional information about Justin Raimondo.**

We have received a letter dated March 29, 2012, from the Office of Information Policy affirming the FBI's original "no records" response. Given the existence of the 2004 Memo and other documents that were previously produced—as well as the content of that memo that

---

[1] Requestors do not seek seven duplicate copies of the same documents. One set of all responsive documents without redactions of names and other identifying information for the requestors is sufficient for the requestors' purposes. We understand that agency rules may require you to produce differently redacted versions of each document to each requestor and would be happy to complete additional Privacy Act waivers as necessary to avoid duplication, particularly if production of differently redacted but otherwise duplicate copies is burdensome to the agency.

suggests additional agency knowledge about Justin Raimondo, we find this response inadequate. Nonetheless, we provide this additional information with the hope that it will aid your search:

- Mr. Raimondo's legal name is Dennis Joseph Raimondo.
- Mr. Raimondo never legally changed his first name to Justin, but has been known as "Justin Raimondo" since he was fourteen years old, and he is referenced in the 2004 Memo as "Justin Raimondo." In his original request, we identified him as "Justin Raimondo (aka Dennis Raimondo)."
- Mr. Raimondo's address has changed [redacted] on October 4, 2011. It is now REDACTED
- Mr. Raimondo and co-requ[redacted] ran a bookstore in San Francisco called Libertarian Books and Periodicals. That bookstore was raided in 1981 by the San Francisco Police Department. Mssrs. Raimondo and Garris were arrested in the raid and eventually prevailed in a civil lawsuit challenging the legality of the raid.
- Mr. Raimondo worked for an organization called Students for a Libertarian Society in San Franicsco, California from 1978 to 1980.
- Mr. Raimondo has run for office as a Libertarian candidate several times.
- As noted in the 2004 EC memo, Mr. Raimondo is the subject of a Wikipedia page which can be found here: http://en.wikipedia.org/wiki/Justin_Raimondo. Information contained in this page may also help the FBI identify responsive records.

**3. Additional information about Eric Garris.**

We have not yet received a response to our appeal of the FBI's "no records" response to Mr. Garris's request and we take this opportunity to share additional information to facilitate the agency's search for records we believe are maintained by the FBI.

- Mr. Garris's middle name is "Anthony." His full name is "Eric Anthony Garris."
- There may be records related to Mr. Garris with a last name spelled "Garriss."
- Mr. Garris was arrested in 1981 during a San Francisco Police Department raid of the bookstore that he ran with co-requestor Justin Raimondo, Libertarian Books and Periodicals. Mr. Garris later participated in a successful lawsuit against the San Francisco Police Department, challenging the raid and arrest.
- Mr. Garris is a well known political activist and thinker. There is a Wikipedia page about him, http://en.wikipedia.org/wiki/Eric_Garris.
- Mr. Garris worked for an organization called Students for a Libertarian Society in San Francisco, California from 1978 to 1980.
- Mr. Garris has run for office several times, as a member of the Peace and Freedom Party, the Libertarian Party, and the Republican Party.
- Mr. Garris participated in an interview with the Secret Service in 1992 regarding a threat to a presidential candidate that Mr. Gariss had reported.

- Mr. Garris was questioned at length by the Department of Homeland Security in 2005 when he entered the United States after travel to Malaysia for a peace conference.

**4. Clarification regarding Jason Charles Ditz.**

The original FOIA/Privacy Act request submitted for Jason Charles Ditz contained a typographical error, identifying him as "Justin Charles Ditz." The Certification of Identity submitted with that request properly identified him as "Jason Charles Ditz," but all subsequent correspondence repeated the initial error, and refer to the requestor as "Justin Charles Ditz." We are sorry for any inconvenience caused by this error and request that you please ensure that the FOIPA request was properly processed for Jason Charles Ditz.

Thank you for your attention to this additional information and please do not hesitate to contact us if you have any questions. We look forward to your prompt response.

Sincerely,

Julia Harumi Mass
Staff Attorney

cc: Eric Garris
Justin Raimondo
Jason Charles Ditz
Margaret Griffis
Michael Barrett Austin
Jeremy Spazienza
Daniel Scott Horton

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 13-CV-02295-JSC |

# EXHIBIT H

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 8, 2012

MS. JULIA HARUMI MASS
ACLU
FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

FOIPA Request No.: 1175592- 001
Subject: RAIMONDO, JUSTIN

Dear Ms. Mass:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☒ This FOIPA request has been received at FBI Headquarters for processing.

☐ This FOIPA request has been received at the [______ Resident Agency / _______ Field Office] and forwarded to FBI Headquarters for processing.

☒ We are searching the indices to our Central Records System for the information responsive to this request. You will be informed of the results in future correspondence.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☒ Please check for the status of your FOIPA request at www.fbi.gov/foia

The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Very truly yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 8, 2012

MS. JULIA HARUMI MASS
ACLU
FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

FOIPA Request No.: 1175595- 001
Subject: GARRIS, ERIC

Dear Ms. Mass:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☒ This FOIPA request has been received at FBI Headquarters for processing.

☐ This FOIPA request has been received at the [______ Resident Agency / _______ Field Office] and forwarded to FBI Headquarters for processing.

☒ We are searching the indices to our Central Records System for the information responsive to this request. You will be informed of the results in future correspondence.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☒ Please check for the status of your FOIPA request at www.fbi.gov/foia

The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Very truly yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civ. A. No. 13-CV-02295-JSC

# EXHIBIT I

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 8, 2012

MS. JULIA HARUMI MASS
ACLU
FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

FOIPA Request No.: 1192179- 000
Subject: ANTIWAR.COM

Dear Ms. Mass:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☒ This FOIPA request has been received at FBI Headquarters for processing.

☐ This FOIPA request has been received at the [______ Resident Agency / _______ Field Office] and forwarded to FBI Headquarters for processing.

☒ We are searching the indices to our Central Records System for the information responsive to this request. You will be informed of the results in future correspondence.

☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☒ Please check for the status of your FOIPA request at www.fbi.gov/foia

The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Very truly yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 13-CV-02295-JSC |

# EXHIBIT J

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 06, 2012

MS. JULIA HARUMI ACLU/MASS
ACLU
FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

Request No: 1175592-001
Subject: RAIMONDO, JUSTIN

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently the FBI is searching for, retrieving, scanning, and evaluating files that may be responsive to your request. Many factors may contribute to the time required to process your request; however, the greatest single factor is the number of documents associated with your request.

Once your files have been evaluated as potentially responsive, your request will be forwarded to the "perfected backlog", where your request will wait for assignment to an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 06, 2012

MS. JULIA HARUMI ACLU/MASS
ACLU
FOUNDATION OF NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

Request No: 1175595-001
Subject: GARRIS, ERIC

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently the FBI is searching for, retrieving, scanning, and evaluating files that may be responsive to your request. Many factors may contribute to the time required to process your request; however, the greatest single factor is the number of documents associated with your request.

Once your files have been evaluated as potentially responsive, your request will be forwarded to the "perfected backlog", where your request will wait for assignment to an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civ. A. No. 13-CV-02295-JSC

# EXHIBIT K

**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

SEP 17 2012

Julia Harumi Mass, Esq.
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111

Re: Appeal No. AP-2012-00977
Request No. 1175595-000
ADW:CDW

Dear Ms. Mass:

You appealed on behalf of your client, Eric Garris, from the action of the Federal Bureau of Investigation on his request for access to records concerning himself.

The Freedom of Information Act provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. After carefully considering your appeal, I am affirming the FBI's action on your client's request. To the extent that his request seeks access to records that would either confirm or deny an individual's placement on any government watch list, the FBI properly refused to confirm or deny the existence of any records responsive to your client's request because the existence of such records is protected from disclosure pursuant to 5 U.S.C. § 552(b)(7)(E). This provision concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions. This response should not be taken as an indication that records do or do not exist. Rather, this is the standard response made by the FBI.

As to any other responsive records, the FBI informed you that it could locate no main files responsive to your client's request. I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your client's request.

Regarding your client's request for a cross-reference search, please be advised that your client needs to provide information sufficient to enable the FBI to determine with certainty that any cross-references it locates are identifiable to him. This information may include the following:

1) the specific circumstances in which your client had contact with the FBI;
2) the date(s) of such contact;
3) the location(s) of such contact;
4) the full name (first, middle, and last) as well as any prior names or aliases used by your client;
5) Social Security number, date of birth, place of birth, and home address of your client;

FBI

6) names of associates of your client the mention of whom might aid in the identification of responsive records; and
7) other references to your client in media, such as books, articles, websites, etc.

Your client should provide this information to the FBI directly. Please note that the FBI may not be able to identify responsive cross-references despite the additional information your client provides. Your client may appeal any future adverse determination made by the FBI.

With regard to your allegation that the FBI improperly invoked a FOIA exclusion to withhold records from you, although the Department of Justice can neither confirm nor deny that an exclusion was employed in any particular case, see Attorney General's Memorandum on the 1986 Amendments to the Freedom of Information Act 27 (Dec. 1987), I have carefully considered your allegation and have found this claim to be without merit. You should not take this response as an indication that an exclusion was or was not used in response to your request. Rather, this is the standard response made by this Office when any requester alleges that an exclusion was used by a component of the Department of Justice

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your client's underlying request, and the actions of the FBI in response to your client's request.

If your client is dissatisfied with my action on your appeal, the FOIA permits him to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, (*a.k.a.* JUSTIN RAIMONDO), an individual and ERIC ANTHONY GARRIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civ. A. No. 13-CV-02295-JSC |

# EXHIBIT L

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

November 9, 2012

Ms. Julia Harumi Mass
ACLU
Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111

FOIPA Request No.: 1175592-001
Subject: Raimondo, Justin

Dear Ms. Mass:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request.

Please be advised that your FOIPA request number 1175592-001 for the above listed subject is being closed administratively. The material responsive to this request will be processed in conjunction with your request for records in FOIA number 1192179-000, subject Antiwar.com, as they share the same information.

When making inquiries or mailing any correspondence concerning this request please reference FOIPA number 1192179-000.

Sincerely,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

November 9, 2012

Ms. Julia Harumi Mass
ACLU
Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111

FOIPA Request No.: 1175595-001
Subject: Garris, Eric

Dear Ms. Mass:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request.

Please be advised that your FOIPA request number 1175595-001 for the above listed subject is being closed administratively. The material responsive to this request will be processed in conjunction with your request for records in FOIA number 1192179-000, subject Antiwar.com, as they share the same information.

When making inquiries or mailing any correspondence concerning this request please reference FOIPA number 1192179-000.

Sincerely,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division