UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   Defendant. | Case No. 13-cv-02295-JSC<br><br>**ORDER RE: FURTHER CASE MANAGEMENT SCHEDULE**<br><br>Re: Dkt. No. 95 |

The Court VACATES the Case Management Conference set for June 30, 2016 and adopts the parties' proposed Case Management Schedule as follows:

| | |
|---|---|
| Deadline for Defendant to respond to Plaintiffs' letter: | July 12, 2016 |
| Deadline to meet-and-confer re: documents sought: | July 29, 2016 |
| Deadline to produce supplemental *Vaughn* Index and documents: | August 15, 2016 |
| Deadline to complete meet and confer process: | September 2, 2016 |
| Plaintiffs' motion for summary judgment due: | September 22, 2016 |
| Defendant's opposition to Plaintiffs' motion and cross-motion for summary judgment due: | October 13, 2016 |
| Plaintiffs' reply in support of motion and opposition to Defendant's cross-motion due: | November 3, 2016 |
| Defendant's reply in support of cross-motion due: | November 17, 2016 |
| Hearing on motion and cross-motion for summary judgment: | December 8, 2016 |

**IT IS SO ORDERED.**

Dated: June 29, 2016

                      _____
                      JACQUELINE SCOTT CORLEY
                      United States Magistrate Judge