FILED

SEP 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS JOSEPH RAIMONDO, AKA Justin Raimondo; ERIC ANTHONY GARRIS,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendant-Appellee. | No.   18-15416<br><br>DC No. 13 cv-02295 JSC<br>ND Cal., San Francisco<br><br><br>ORDER |

Before:   TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

Counsel for Appellant Dennis Joseph Raimondo has filed a Notice of Death of Appellant Raimondo.  [Dkt. 52]  The notice represents that Raimondo died on June 27, 2019, during the pendency of this appeal, and that no party will be substituted for Raimondo.  Because no party has been, or will be, substituted for Raimondo under Fed. R. App. P. 43(a)(1), this appeal is moot as to Raimondo.  *See King v. County of Los Angeles*, 885 F.3d 548, 559 (9th Cir. 2018).

Accordingly, this appeal is **DISMISSED** as to Appellant Raimondo.