UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY GARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Case No. 13-cv-02295-JSC<br><br>**ORDER REQUESTING PARTIES TO FILE PROPOSED AMENDED JUDGMENT** |

On September 11, 2019, the Ninth Circuit Court of Appeals issued an order affirming in part and reversing in part this Court's judgment, and remanded the action to this Court to direct Defendant to expunge the 2004 Memo. The mandate issued on November 4, 2019. Accordingly, the parties are directed to meet and confer on a proposed amended judgment consistent with the Ninth Circuit's order. The parties shall file a joint proposed amended judgment or separate proposed amended judgments by November 25, 2019.

**IT IS SO ORDERED.**

Dated: November 6, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge