AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
VASUDHA TALLA #316219
vtalla@aclunc.org
39 Drumm Street
San Francisco, California 94111
Telephone:   (415) 621-2493
Facsimile:    (415) 255-8437

Attorneys for Plaintiff
ERIC ANTHONY GARRIS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ANTHONY GARRIS, an individual, | Case No. 13-02295 JSC |
| Plaintiff, | **[JOINT ~~PROPOSED~~]** |
| v. | **AMENDED FINAL JUDGMENT** |
| FEDERAL BUREAU OF INVESTIGATION, | Date filed:   November 19, 2019 |
| Defendant. | Judge:   Jacqueline Scott Corley |

**AMENDED FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, and the agreement of the parties, the Court hereby amends the judgment entered on January 12, 2018 in this matter as follows:

WHEREAS, on September 11, 2019, the United States Court of Appeals for the Ninth Circuit filed an Opinion and Judgment affirming the judgment of the district court in part, reversing the judgment of the district court in part, and remanding the case to the district court with instructions to direct the Federal Bureau of Investigation to expunge the "threat assessment" memorandum dated April 30, 2004 regarding Plaintiff Eric Garris;

WHEREAS, on November 4, 2019, the United States Court of Appeals for the Ninth Circuit issued a formal mandate stating that the Judgment of September 11, 2019 would take effect on November 4, 2019,

IT IS HEREBY ORDERED that Defendant Federal Bureau of Investigation is directed to expunge from its Central Records System the "threat assessment" memorandum dated April 30, 2004 regarding Plaintiff Eric Garris.

Dated this __20th__ day of __November__, 2019.

By: _____
Hon. Jacqueline Scott Corley
United States Magistrate Judge

//
//
//
//
//
//
//
//

APPROVED AS TO FORM:

Dated: November 19, 2019                     DAVID L. ANDERSON
                                             United States Attorney

                                              /s/ *Jennifer S. Wang*
                                             JENNIFER S WANG
                                             Assistant United States Attorney
                                             Attorneys for Federal Defendant

Dated: November 19, 2019                     AMERICAN CIVIL LIBERTIES UNION
                                             FOUNDATION OF NORTHERN
                                             CALIFORNIA

                                              /s/ *Vasudha Talla*
                                             VASUDHA TALLA
                                             Attorneys for Plaintiff

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Jennifer S. Wang has concurred in the filing of this document.

Dated: November 19, 2019                     AMERICAN CIVIL LIBERTIES UNION
                                             FOUNDATION OF NORTHERN
                                             CALIFORNIA

                                              /s/ *Vasudha Talla*
                                             VASUDHA TALLA
                                             Attorneys for Plaintiff